IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIC SNOVER, KARA STRICKLAND, and
MARY ELLEN SPINNER, on behalf of
themselves and all others similarly situated,

    Plaintiffs,

vs.                                          CASE NO.  8:15-CV-2434-T-RAL-AAS

PUBLIX SUPER MARKETS, INC.

    Defendants.
_____/

## MEDIATOR'S REPORT TO COURT

Please be advised that the above styled case was successfully mediated on October 25, 2916, consistent with the Orders of the Court.  Counsel will be forwarding appropriate dismissal documents in due course.

You should note that counsel did an outstanding job of achieving resolution while representing the best interests of their clients.

I appreciate the opportunity to have been of service to the parties, their counsel, and the Court.

                                                      Respectfully submitted,

                                                      Rodney A. Max

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically furnished this 26th day of October, 2016, to the following:

Jonathan B. Cohen, Esquire
Rachel L. Soffin, Esquire
Morgan & Morgan
201 North Franklin Street, 7th Floor
Tampa, FL 33602
813-223-5505 / 813-222-2434
jcohen@forthepeople.com
rsoffin@forthepeople.com

David S Hendrix, Esquire
Gray Robinson, P.A.
P.O. Box 3324
Tampa, FL  33601-3324
813-273-5000 / 813-273-5145
david.hendrix@gray-robinson.com

Alissa McKee Ellison, Esquire
Gray Robinson P.A.
P.O. Box 3324
Tampa, FL 33601-3324
813-273-5000 / 813-273-5145
Alissa.ellison@gray-robinson.com

_____
RODNEY A. MAX

**UPCHURCH WATSON WHITE & MAX**
125 South Palmetto Avenue
Daytona Beach, FL 32114
800-264-2622